IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARDS A. PHILLIPS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TDI LAKOTA HOLDINGS LLC, et al. | : | No. 10-cv-782 |

ORDER

AND NOW, this 17th day of May 2010, upon consideration of the parties' Stipulated Motion to Extend Time to Answer (Doc. No. 12), it is hereby ORDERED that the Stipulation is APPROVED.  Defendants shall answer, move, or otherwise respond to Plaintiff's Complaint on or before June 16, 2010.

BY THE COURT:

/S/LEGROME D. DAVIS
Legrome D. Davis, J.