UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD A. PHILLIPS, AS LIQUIDATING TRUSTEE FOR COMMAND ARMS ACCESSORIES, LLC** 780 Haunted Lane Bensalem, PA 19020, | : | |
| Plaintiff, | : | |
| v. | : | CIV.A. NO. 2:10-cv-00782-LDD |
| **Mr. David Oz** Rapid City, SD 57701, | : | |
| Defendants. | : | |

## MOTION TO WITHDRAW APPEARANCE AND REPRESENTATION AS COUNSEL FOR DEFENDANT DAVID OZ

NOW COMES Eric S. Marzluf ("Movant") and for his Motion to Withdraw as counsel for Defendant David Oz states:

1. Movant represents Defendant David Oz in this case.

2. Movant has been advised by Defendant Oz that Defendant intends to represent himself in further matters in this action and that Movant has been directed to cease representation of Defendant.

3. Plaintiff's counsel, Stephen J. Driscoll was contacted to seek his acquiescence in this motion, and has advised Movant that he has no objection to the instant motion.

WHEREFORE, because counsel for Plaintiff has no objection to this motion to withdraw, and because Defendant Oz has advised that he desires to represent himself without counsel in further matters in the action, Movant respectfully requests that this Court grant Movant's request for leave to withdraw *instanter* his appearance and representation of Defendant Oz.

Respectfully submitted,

CAESAR, RIVISE, BERNSTEIN,
COHEN & POKOTILOW, LTD.

Date: April 26, 2012

/s/ E.S. Marzluf
Eric S. Marzluf, PA No. 39763
Caesar, Rivise, Bernstein,
 Cohen & Pokotilow, Ltd.
1635 Market Street
11th Floor – Seven Penn Center
Philadelphia, PA  19103-2212
Tel: (215) 567-2010
FAX:  (215) 751-1142

Attorney for Defendant David Oz

# CERTIFICATE OF SERVICE

I, Eric S. Marzluf, hereby certify that a copy of the foregoing MOTION TO WITHDRAW APPEARANCE AND REPRESENTATION AS COUNSEL FOR DEFENDANT DAVID OZ was served electronically to all counsel of record registered with the CM/ECF system on April 26, 2012.

/s/ E.S. Marzluf
Eric S. Marzluf