# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD A. PHILLIPS, AS
LIQUIDATING TRUSTEE
FOR COMMAND ARMS ACCESSORIES, LLC
780 Haunted Lane
Bensalem PA 19020,
              Plaintiff,

v.

CIV. A. NO. 2:10-cv-00782-LDD

Mr. David Oz
Rapid City, SD 57701,

              Defendant.

## STIPULATION OF DISMISSAL

Plaintiff Trustee Phillips by its counsel and Defendant David Oz, pro se, hereby stipulate that all claims which were raised or which could have been raised in this action are hereby dismissed, with prejudice, each party to bear its own costs.

Respectfully submitted,

_____
Stephen J. Driscoll, PA ID No. 71086
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: 215-972-8562
Facsimile: 215-972-1835
Email: sdriscoll@saul.com
*Counsel for Plaintiff, Edward A. Phillips,*
*as Liquidating Trustee for CAA*

_____
David Oz, *Pro se*