AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____EDPA_____ on the following ☐ Patents or  X  Trademarks:

| DOCKET NO.<br>10-782 | DATE FILED<br>2/22/10 | U.S. DISTRICT COURT<br>EDPA Clerk's Office Room 2609, 601 Market St, Philadelphia, PA 19106 |
|---|---|---|
| PLAINTIFF<br>Edward A. Phillips, as liquidating trustee for Command Arms Accessories, LLC<br>780 Haunted Lane<br>Bensalem, PA 19020 | | DEFENDANT<br>TDI Lakota Holdings LLC          Mr. Davis Oz<br>2441 Lakota Craft                          Rapid City, SD 57701<br>Rapid City, SD 57701 |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| DATE FILED: 5/10/2012. STIPULATION THAT THIS ACTION IS HEREBY DISMISSED WITH PREJUDICE WITH EACH PARTY TO BEAR ITS OWN COSTS. |

| CLERK<br>MICHAEL E. KUNZ | (BY) DEPUTY CLERK | DATE<br>8/1/12 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy